1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DAVID MARSHALL GATES, et al.,    )    No. C 11-03488 EJD (PR)
                                       )
12          Plaintiffs,                )    ORDER OF DISMISSAL
                                       )
13      vs.                            )
                                       )
14                                     )
     CALIFORNIA MEDICAL                )
15   FACILITY WARDEN,                  )
                                       )
16          Defendant.                 )
     _____  )
17

18          On July 15, 2011, Plaintiff David M. Gates, a state prisoner proceeding <u>pro</u>

19   <u>se</u>, filed a letter which the Clerk opened as a civil rights action pursuant to 42 U.S.C.

20   § 1983.  The same day, the Clerk of the Court sent a notification to Plaintiff that he

21   must submit a complaint within thirty days or the action would be dismissed.  (<u>See</u>

22   Docket No. 2.)  The Clerk also sent him a separate notification that he had failed to

23   pay the filing fee or file an <u>In</u> <u>Forma Pauperis</u> ("IFP").  (<u>See</u> Docket No. 3.)

24   Plaintiff was advised to pay the filing fee or file an IFP application within thirty days

25   to avoid dismissal of the action.  (<u>Id.</u>)

26          On July 29, 2011, a complaint was filed in this matter but by a different

27   Plaintiff.  (<u>See</u> Docket No. 5.)  That complaint is DISMISSED without prejudice to

28   Plaintiff George Carlos Collado filing it as a separate action, and being subject to

United States District Court
For the Northern District of California

separate filing fees.

With respect to Plaintiff Gates, the deadline has since passed, and Plaintiff has not filed a complaint, nor paid the filing fee or filed an IFP application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk of the Court shall send a copy of this order and corresponding judgment to both Plaintiffs listed in this action.

DATED:   September 9, 2011



EDWARD J. DAVILA
United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

DAVID M. GATES, et al.,

           Plaintiffs,

   v.

CALIFORNIA MEDICAL FACILITY
WARDEN,

           Defendant.

_____/

Case Number: CV11-03488 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/13/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Marshall Gates J-60908
California Medical Facility (CMF)
P. O. Box 2000
Vacaville, CA 95687

George Carlos Collado F61702
California Medical Facility
P. O. Box 2000
Vacaville, CA 95687

Dated: _____9/13/2011_____

          Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk