IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MARSHALL GATES, et al., | ) | No. C 11-03488 EJD (PR) |
| Plaintiffs, | ) | JUDGMENT |
| vs. | ) | |
| CALIFORNIA MEDICAL FACILITY WARDEN, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 9/9/11

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\CR.11\03488Gates_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID M. GATES, et al.,

      Plaintiffs,

v.

CALIFORNIA MEDICAL FACILITY WARDEN,

      Defendant.

Case Number: CV11-03488 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/13/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Marshall Gates J-60908
California Medical Facility (CMF)
P. O. Box 2000
Vacaville, CA 95687

George Carlos Collado F61702
California Medical Facility
P. O. Box 2000
Vacaville, CA 95687

Dated: 9/13/11

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk