1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   DAVID MARSHALL GATES, et al.,      )    No. C 11-03488 EJD (PR)
                                        )
12              Plaintiffs,             )    JUDGMENT
                                        )
13        vs.                           )
                                        )
14                                      )
                                        )
     CALIFORNIA MEDICAL                 )
15   FACILITY WARDEN,                   )
                                        )
16              Defendant.              )
                                        )
17   _____)

18        The Court has dismissed the instant civil rights action without prejudice for

19   Plaintiff's failure to pay the filing fee.  A judgment of dismissal without prejudice is

20   entered.

21        The Clerk shall close the file.

22

23   DATED: _____9/9/11_____           _____
                                        EDWARD J. DAVILA
24                                      United States District Judge

25

26

27

28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID M. GATES, et al.,

        Plaintiffs,

v.

CALIFORNIA MEDICAL FACILITY
WARDEN,

        Defendant.
_____/

Case Number: CV11-03488 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/13/11_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Marshall Gates J-60908
California Medical Facility (CMF)
P. O. Box 2000
Vacaville, CA 95687

George Carlos Collado F61702
California Medical Facility
P. O. Box 2000
Vacaville, CA 95687

Dated: _____9/13/11_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk